| | |
|---|---|
| **THE DETROIT EDISON COMPANY,** a Michigan Corporation, **MIDWEST ENERGY RESOURCES COMPANY**, a corporate affiliate, **DTE COAL SERVICES, INC.**, a corporate affiliate,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**THE BNSF RAILWAY COMPANY**, a Delaware corporation,<br><br>    **Defendant.** | Case No. 2:07-cv-14015<br><br>Hon. Denise Page Hood |

Eric S. Rosenthal (P24816)
Todd R. Mendel (P55447)
BARRIS, SOTT, DENN & DRIKER, PLLC
Local Attorneys for Plaintiffs
211 W. Fort Street, 15th Floor
Detroit, MI 48226
(313) 965-9725

and

Thomas F. Lillard
Andrew J. Szygenda
HUNTON & WILLIAMS LLP
30th Floor Energy Plaza
1601 Bryan Street
Dallas, TX 75201-3402
Telephone: (214) 979-3000
Facsimile: (214) 880-0011

Attorneys for The Detroit Edison Company, Midwest Energy Resources Company, and DTE Coal Services, Inc.

Joseph J. McDonnell (P32056)
Mary C. O'Donnell (P33479)
DURKIN, McDONNELL, CLIFTON & O'DONNELL, P.C.
Local Attorneys for Defendant
645 Griswold Street, Suite 3253
Detroit, MI 48226
(313) 963-3033

and

Linda S. Stein
Samuel M. Sipe, Jr.
STEPTOE AND JOHNSON, P.C.
Attorneys for Defendant
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8185

Attorneys for The BNSF Railway Company

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

The Detroit Edison Company, Midwest Energy Resources Company and DTE Coal Services, Inc. ("Plaintiffs") and The BNSF Railway Company ('Defendant"), by and through

their counsel of record, hereby inform the Court that all issues connected with this action have been resolved and a settlement reached and that the parties have stipulated, as evidenced by the signature of their respective counsel below, to dismiss all claims presented in this litigation with prejudice against the refiling of same and without costs to any party;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this action is dismissed with prejudice against the refiling of same, that all costs be paid by the party incurring the same, and that any and all relief not expressly granted herein is expressly denied.

SIGNED this 19th day of November, 2007.

s/ DENISE PAGE HOOD
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2007, by electronic and/or ordinary mail.

s/William F. Lewis
Case Manager

AGREED:

| | |
|---|---|
| /s Eric S. Rosenthal (P24816) (authority to sign given 11/14/07) | /s Mary C. O'Donnell (P33479) |
| ~~Eric S. Rosenthal (P24816)~~ ~~T~~Todd R. Mendel (P55447) BARRIS, SOTT, DENN & DRIKER, PLLC Local Attorneys for Plaintiffs 211 W. Fort Street, 15th Floor Detroit, MI 48226 (313) 965-9725 | ~~J~~Joseph J. McDonnell (P32056) Mary C. O'Donnell (P33479) DURKIN, McDONNELL, CLIFTON & O'DONNELL, P.C. Local Attorneys for Defendant 645 Griswold Street, Suite 3253 Detroit, MI 48226 (313) 963-3033 |
| and | and |
| Thomas F. Lillard Andrew J. Szygenda HUNTON & WILLIAMS LLP 30th Floor Energy Plaza 1601 Bryan Street Dallas, TX 75201-3402 Telephone: (214) 979-3000 Facsimile: (214) 880-0011 | Linda S. Stein Samuel M. Sipe, Jr. STEPTOE AND JOHNSON, P.C. Attorneys for Defendant 1330 Connecticut Avenue, NW Washington, DC 20036 (202) 429-8185 |
| Attorneys for The Detroit Edison Company, Midwest Energy Resources Company, and DTE Coal Services, Inc. | Attorneys for ~~The~~ BNSF Railway Company |
| Date~~:~~: November 14, 2007 | Date~~:~~: November 14, 2007 |